**Order entered January17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00871-CV

**ERIC DRAKE, Appellant**

**V.**

**TRAVELERS INDEMNITY COMPANY, ET AL, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-01062**

## ORDER

The reporter's record in this case is overdue. By postcard dated July 8, 2013, we notified Antoinette Reagor, Court Reporter for the 68th Judicial District Court, that the reporter's record was overdue. We directed Antoinette Reagor to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Antoinette Reagor to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded or no request for the reporter's record has been made; or (3) written verification that appellant has not been found indigent and has not paid or made arrangements to pay for the record.

*We notify appellant that if we receive verification that no request for the record has been made or that she has not paid for or made arrangements to pay for the record, we will order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to all parties and to Antoinette Reagor, Court Reporter for the 68th Judicial District Court and to the Honorable Martin Hoffman, Presiding Judge of the 68th Judicial District Court.

.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE